IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                        : CRIMINAL NO: CR-1-02-155
                                    : JUDGE SPIEGEL

**DEANGELO WILLIAMS,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                        Respectfully submitted,

                                        GREGORY G. LOCKHART
                                        United States Attorney

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney
                                        Southern District of Ohio
                                        303 Marconi Boulevard, Suite 200
                                        Columbus, Ohio 43215-2401
                                        (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Deangelo Williams, BOP#03680-061, FCI Ashland, P.O. Box 888, Ashland, KY 41105 by first class mail, postage prepaid, this 12th day of October, 2006.

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney